**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

|  |  |  |
|---|---|---|
| **JULLIAN A. HUFFMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24CV00654 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **MANDI HIXENBAUM, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |
| | ) | |

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
October 02, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

*Jullian A. Huffman, Pro Se Plaintiff.*

Plaintiff, Jullian A. Huffman, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983, alleging that jail officials deprived him of mental health medication on two occasions. By Order entered December 2, 2024, and again on July 8, 2025, the court directed Huffman to file within thirty days an Amended Complaint concerning his personal mental health needs and actions each defendant had taken in violation of his constitutional rights. The Order expressly warned Huffman that failure to file an Amended Complaint within thirty days to provide such factual information would result in dismissal of the action without prejudice.

More than thirty days have elapsed, and Huffman has failed to submit an Amended Complaint or otherwise communicate with the court regarding this case. Accordingly, I will dismiss this action without prejudice for failure to comply with a court order.

An appropriate Final Order will issue herewith.

                              ENTER:   October 2, 2025

                              /s/  JAMES P. JONES
                              Senior United States District Judge